# Court of Appeals
# of the State of Georgia

ATLANTA,___March 17, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1087.  LINDA CARTER v. ZACK CARTER, JR.

Zack Carter, Jr., filed a motion for contempt after his ex-wife failed to comply with the parties' divorce decree provisions as to the marital home.  The trial court initially denied the motion but ordered Linda Carter to sell or refinance the home by August 1, 2015.  After she failed to do so, the court found her in contempt.  Linda Carter then filed this direct appeal.  Jurisdiction, however, appears to lie in the Supreme Court.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because this case appears to fall within the Supreme Court's jurisdiction, it is hereby TRANSFERRED to that Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/17/2016____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*